# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00286-CV

### J. T., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY,
## NO. 19157, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on May 18, 2015. By request to this Court dated May 18, 2015, Gayla R. May requested an extension of ten days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Gayla R. May is hereby ordered to file the reporter's record in this case on or before May 29, 2015. If the record is not filed by that date, May may be required to show cause why she should not be held in contempt of court.

It is ordered on May 19, 2015.

Before Chief Justice Rose, Justices Goodwin and Field